LOREN W. COE (State Bar No. 273124)
lwc@severson.com
ELIZABETH C. FARRELL (State Bar No. 280056)
ecf@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A. (erroneously sued as
Wells Fargo & Company, a Delaware corporation)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

GRAND BAYMAN BELIZE, LTD., a Seychelles limited liability company,

Plaintiff,

vs.

WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 19-cv-07698 ODW (RAOx)
Hon. Otis D. Wright, II
Ctrm. 5D (1st St.)

**DECLARATION OF MICHELLE SWIRTZ IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT**

Action Filed: May 23, 2019
Removal Date: September 5, 2019
Trial Date: None Set

I, Michelle Swirtz, state and declare as follows:

1. I make this declaration in support of Defendant Wells Fargo Bank, N.A.'s Motion for Summary Judgment or, in the Alternative, Motion For Summary Adjudication. I have personal knowledge of the facts contained in this declaration and, if called upon as a witness, I would testify truthfully with respect to the matters stated herein.

2. I am a Business Support Manager, SVP, Enterprise Wire Services for Wells Fargo Bank, N.A. ("Wells Fargo"), defendant in the above-entitled action, and I am duly authorized to make this Declaration on Wells Fargo's behalf.

3. In my position, I manage day-to-day operations for Wells Fargo's Wire Transfer Services department. My job duties include analytical support, quality assurance, and production support for wire transfers. Specifically, I manage the support functions for Wells Fargo's Enterprise Wire Services department. My duties include oversight of all wire transfer related project work from ideation through user acceptance testing and implementation. This includes the core wire transfer applications and the peripheral support technology. Additionally, my team manages Production Support which ensures all applications are functioning properly, acting in a rapid response manner to escalate and resolve any production related issues from our operations team in coordination with technology. Lastly, I have responsibility for process improvements, audit and compliance reviews and corrective actions, adherence to compliance and policy, and reporting for the business to include metrics and service level reporting. In my role, I understand the required wire transfer formats and the related regulations Wells Fargo must adhere to and coordinate related activities for the Enterprise Wire Services operations teams.

/ / /

/ / /

/ / /

4. I have been employed by Wells Fargo since December 1996, and I have been in my current position for more than five (5) years. As such, I have extensive knowledge of Wells Fargo's wire transfer policies, procedures, and recordkeeping. I have personal knowledge of these topics and/or have been trained on standard practices, policies, and procedures pertaining thereto.

5. As part of my duties, I am familiar with, and have access to, the electronic systems of record that Wells Fargo uses to create and record information related to, among other things, checking accounts and wire transfers. Much of the information stored in Wells Fargo's electronic systems is captured automatically at or about the time of the events recorded. Information that is not automatically captured electronically by the Wells Fargo's electronic systems is entered manually by Wells Fargo employees who have personal knowledge of that information. All of Wells Fargo's computerized records are created and maintained in the regular course of its business and Wells Fargo relies on those records in the ordinary course to conduct its business. Wells Fargo employs industry-accepted computer systems to store and generate records in the course of its business. The systems are maintained to assure reliability and accuracy in the storage and retrieval of information. Wells Fargo authorizes specific personnel trained to access and produce information from these records. In my position as Business Support Manager, SVP, Enterprise Wire Services, I am one of Wells Fargo's custodians of its business records. The documents referenced herein and attached hereto are business records produced and/or maintained by Wells Fargo.

**Wire Transfer Processing (Incoming Wires)**

6. Wells Fargo receives approximately 70,000 incoming wire transfers each day via the primary Financial Market Utilities FedWire and The Clearing House Interbank Payments System ("CHIPS"). Because of the volume and demand to process these orders quickly, Wells Fargo uses automation to execute these transactions.

7. More specifically, Wells Fargo processes wire transfers sent via FedWire and CHIPs through an electronic system (application) called the Money Transfer System ("MTS"). MTS is a software application offered by ACI Worldwide. MTS creates an automated audit trail that contemporaneously documents the various steps in the wire transfer process (described in more detail below).

8. When MTS receives an incoming wire transfer order, MTS utilizes the Autotrieve function to confirm that the beneficiary account number contained in a wire transfer order is a valid Wells Fargo demand deposit or savings account number. This process is programmed to be completely automated.

9. If the beneficiary account number is a valid Wells Fargo demand deposit or savings account, the name and address corresponding to the identified Wells Fargo account are automatically populated into the appropriate MTS fields from information maintained in HOGAN (the mainframe application that houses information about Wells Fargo's customers' demand deposit and savings accounts).

10. After a Wells Fargo account is identified but before funds are released, MTS shares the pending wire transfer order with a second application call Global Sanctions Monitoring Operations System ("GSMOS"). GMSOS is external to MTS and maintains lists and databases of persons, entities, and states subject to sanctions, including such lists and databases released by the Department of Treasury's Office of Foreign Assets Control ("OFAC").

11. GSMOS screens each field in a wire transfer order against OFAC lists/databases. This initial screening is completely automated. GSMOS assigns a score based on how closely data in a wire transfer order matches data in the GSMOS database. Wire transfer orders that score less than 77% are automatically released with no human intervention of any kind. This is known as a "straight-through" transaction and describes the vast majority of wire transfer orders. In MTS, straight-

through wires are notated as having "Passed" OFAC review. This process is completed within minutes, if not seconds.

12. Wire transfer orders that score above 77% by GSMOS are identified for manual review. However, the review is limited to determining whether the wire transfer order in question has run afoul of OFAC regulations.

13. With the exception of OFAC screening explained above, beneficiary/recipient information included on a straight-through incoming wire transfer order is not reviewed and does not affect the execution of a wire transfer order. If MTS's Autotrieve function identifies a valid account number, and the order passes GSMOS, the wire transfer order is processed and the funds are credited to the identified beneficiary account number without any human involvement.

**The $226,991.45 Wire Transfer**

14. On October 5, 2018, Wells Fargo received a wire transfer order from Citibank, N.A. ("Citibank") for which Caye International Bank Ltd. ("Caye") was the ordering bank and Grand Bayman Belize Ltd. ("Plaintiff") was the originator. The wire transfer order was for #226,991.45 and was received by Wells Fargo at 7:13:39.09 a.m. Central Time ("Wire Transfer"). The beneficiary listed on the Wire Transfer orders was Wells Fargo account x3420 ("Account x3420"), followed by Rad Architecture, Inc. and Rad Architecture, Inc.'s address. Attached as **Exhibit 1** is a true and correct copy of the Wire Transfer details as maintained by Wells Fargo's MTS system.[1]

15. The Wire Transfer details maintained by MTS and reflected on Exhibit 1 demonstrate that the Wire Transfer was processed as a "straight-through" transaction. Specifically, on the third page of Exhibit 1 (bates WF 0020), under the heading "MESSAGE HISTORY SEQUENCE," the details indicate the following:

---

[1] The Exhibits attached hereto have been redacted to comply with the Federal Rules of Civil Procedure and the Local Rules.

a. MTS received the wire on "5-OCT-2018 07:13:39.08" (Central Time).

b. MTS utilized the Autotrieve to confirm that the beneficiary account number contained in the Wire Transfer order (x3420) was a valid Wells Fargo account number. This step is documented as: "*AUTOTRIEVE VLD V name & address – CDT Acct. D."

c. MTS routed the Wire Transfer to Wells Fargo's external GSMOS database for OFAC sanctions screening. This step is documented as: "Stop_Check msg routed to EXTERNAL STOP SERVER 5-OCT-2018 07:13:42.60" and "*MRSTOP/*MR/MAP/ /5/$$$FED."

d. MTS received confirmation from the GSMOS database that the Wire Transfer passed OFAC sanctions screening, meaning that the Wire Transfer was not identified for manual review (which, in any event, would only screen for OFAC compliance). This step is documented as: "PASS-POFAC – Passed."

e. On October 5, 2018 at 7:13:46.50—i.e., approximately 7 seconds after the wire was received—account x3420 was credited with $226,991.45 . This step is documented as: "OPRID: $$$PAY TIME: 5-OCT-2018 07:13:46.50."

16. A true and correct copy of the September 13, 2018 – October 10, 2018 statement for account x3420 reflecting the aforementioned credits is attached hereto as **Exhibit 2**.

17. A true and correct copy of the October 11, 2018 – November 9 statement for account x3420 is attached hereto as **Exhibit 3**

18. Exhibits 2 and 3 show that account x3420 had a zero balance by October 17, 2018.

19. On October 18, 2018, Wells Fargo mailed correspondence to the account holder stating that account x3420 had been closed. A true and correct copy of the October 18, 2018 correspondence is attached hereto as **Exhibit 4**.

20. The wire transfer details attached as Exhibit 1 include the following statement: “Possible name mismatch in CDT party.” This is an auto-populated entry by MTS in connection with a feature offered by the MTS suite of applications that is *not* licensed by Wells Fargo. Wells Fargo chooses not to license the feature—which was designed with the intent to identify a mismatch between the intended beneficiary in a wire transfer order and the holder of the account by comparing more than just the account number—because it does not perform at a level that would make it effective for use at Wells Fargo. Accordingly, because Wells Fargo does not license the feature, MTS does not compare the intended beneficiary’s information with that of the account holder, and the notation “Possible name mismatch in CDT party” does not indicate that an actual mismatch was detected. “Possible name mismatch in CDT party” is an auto-populated system memo that would have appeared in this case even if there was a perfect match in all respects between the intended beneficiary and account holder.

21. On November 1, 2018, Wells Fargo received a message from Citibank through FedWire requesting the funds be returned. A true and correct copy of the November 1, 2018 message received in connection with the Wire Transfer is attached hereto as **Exhibit 5**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

22. Aside from the Wire Transfer orders, Wells Fargo has no record of receiving any communications related to the Wire Transfers before the November 1, 2018 message attached as Exhibit 5. And, Wells Fargo did not initiate any communications with any parties relating to the Wire Transfer prior to the funds being credited to Account x3420. As noted above, the Wire Transfer was received and credited to Account x3420 in approximately 7 seconds.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed June 25th, 2020, at Littleton, CO.

**Wells Fargo Bank, N.A.**

By: ______________________

Name: Michelle Swirtz

Title: Business Support Manager, SVP, Enterprise Wire Services

# EXHIBIT 1

<<< TRN: 181005-033570 >>>

------------------------------------------------------------------------------

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SND DATE: 18/10/05
SRC:FED CALLER: EXT:

RPT# AMT:226,991.45 CUR:USD RATE: 1. TRDR#
TEST: VAL: TYP:FTR/ FNDS:S CHG:DB:W CD:R COM:N CBL:N

------------------------------------------------------------------------------

DBT A/021000089 CDT *D/00000[redacted]3420 ADV:LTR
DEBIT VAL: 18/10/05 CTYP CREDIT VAL: 18/10/05 CTYP
AMT:226,991.45 CUR:USD AMT:226,991.45 CUR:USD
GL RECON: 114114 GL RECON: 347347
DEPT:0002729 [redacted]
CITIBANK N.A. NEW YORK, NY [redacted]
NEW YORK, NY [redacted]
UNITED STATES BNF:/[redacted]3420 CHG: BK?N
COUNTRY OF RESIDENCY: US RAD ARCHITECTURE, INC
SEND:S/CRASGB2L 117 NW 42 AVE. CU 2
CROWN AGENTS BANK LTD MIAMI, FL 33126 USA
ORIG TO BNF INFO:
FUNDS REPRESENT PAYMENT FOR ARCHITE
COUNTRY OF RESIDENCY: GB CTURE PHASE (RETAINER, CHARRETTE/CO
SNDR REF NUM:S06827813FF601 NCEPT, SCHEMATIC DESIGN)AND DISBURS
ORDERING BNK:S/CAYEBZBZ EMENT CATEGORY(AIRFARE, HOTEL)
CAYE INTERNATIONAL BANK LTD.
COCONUT DRIVE
SAN PEDRO,BZ 220029
COUNTRY OF RESIDENCY: BZ
ORIG:/12682
GRAND BAYMAN BELIZE LTD
COCONUT DRIVE AND HURRICANE WAY
SAN PEDRO, AMBERGRIS CAYE, BELIZE

**** MESSAGE TEXT ****
{1100} Message Disposition:
Format Version: 30 (New expanded format)
Test Production Code: P (Production)
Msg Duplication Code: (Original incoming msg)
Msg Status Indicator: N (Incoming msg)

{1110} Acceptance Timestamp:
Receipt Date: 10/05
Receipt Time: 08:13
Receipt Application Id: FT03
{1120} OMAD:

Output cycle date: 2018/10/05
Output Destination Id: I1B7031R
Output sequence number: 003759
Output date: 10/05
Output time: 08:13
Output application Id: FT03

WELLS FARGO BANK N.A. Page143867
FULL TRANSACTION REPORT FOR 05-OCT-2018
{1510} Type/Subtype Code:
Type Code: 10 (Transfer of funds)
Subtype Code: 00 (Regular transfer)

{1520} IMAD:
Input Cycle date: 2018/10/05
Input Source id: B1Q8021C
Input Sequence number: 013162

{2000} Amount: $226,991.45

{3100} Sending Bank:
ABA number: 021000089
Short name: CITIBANK NA
ABA lookup (REL): CITIBANK N.A. NEW YORK, NY
NEW YORK, NY
UNITED STATES

{3320} Sender Reference: S06827813FF601

{3400} Receiving Bank:
ABA number: 121000248
Short name: WELLS FARGO BANK N
ABA lookup (AUX): WELLS FARGO BANK, NA
SAN FRANCISCO, CA
{3600} Business Function Code: CTP (Customer transfer plus)

{3710} Instructed Amount: USD 226991.45

{4200} Beneficiary: D/[redacted]3420
RAD ARCHITECTURE, INC
117 NW 42 AVE. CU 2
MIAMI, FL 33126 USA

{5000} Originator: D/12682
GRAND BAYMAN BELIZE LTD
COCONUT DRIVE AND HURRICANE WAY
SAN PEDRO, AMBERGRIS CAYE, BELIZE

{5100} Originator's Bank: B/CAYEBZBZ
{5200} Instructing Bank: B/CRASGB2LXXX
CROWN AGENTS BANK LTD

{6000} Originator to Beneficiary Info: FUNDS REPRESENT PAYMENT FOR ARCHITE
CTURE PHASE (RETAINER, CHARRETTE/CO
NCEPT, SCHEMATIC DESIGN)AND DISBURS
EMENT CATEGORY(AIRFARE, HOTEL)

*****Remittance Data Unavailable*****

MESSAGE HISTORY SEQUENCE
--------------------------------
WELLS FARGO BANK N.A. Page143868
FULL TRANSACTION REPORT FOR 05-OCT-2018

121 is the owning bank. Priority:
REF_INDEX REF #: 181005033570 5-OCT-2018 07:13:39.08
FEDMQIN1 SEQ #: 3761 5-OCT-2018 07:13:39.09 Info: FNPN.TODI
.121000248.A1||||20181005
FEDIN1 SEQ #: 3759 5-OCT-2018 07:13:39.09
FLASHRCV ABA: 021000089 FED REF: S06827813FF601
IMAD: 1005B1Q8021C01316210050813FT03
FEDINQ DEQ
FEDIN_LOG AMT: 226991.45 TIME: 5-OCT-2018 07:13:42.22
ABA_INDEX KEY: 021000089
*SYS_MEMO *AUTOTRIEVE VLD V name & address - CDT Acct. D
/00000[redacted]3420
*SYS_MEMO RC 0067549 N 347347 08691
00000
*SYS_MEMO Possible name mismatch in CDT party
*SYS_MEMO *CVD:7 DVD:6 PSD:3 SSD:--- DBD:1 CBD:1
*SYS_MEMO Stop_Check msg routed to EXTERNAL STOP SERVER 5-OCT
-2018 07:13:42.60
*SYS_MEMO *MRSTOP/*MR/MAP/ /5/$$$FED
*GL__INQ_DBT
NOF_ACC_NDX KEY: 121D00000[redacted]3420
Memo: CDT
*ADR_MSG_QUE TEXT: 2018100500033570
Memo: DBT/1092370
*ADR_MSG_QUE TEXT: 2018100500033570
Memo: SBK/1430295
* BEGIN DESTINATION *DST(1), DLV STATE: Q
RTE: /
DST: ENQ///////

Queue: 121//RGW0_OUTQ
RGW0_OUTQ TEXT: 2018100500033570 AMOUNT: 226991.45 USD
Memo: (OFC)
* END DESTINATION
OFC_OUTQ DEQ
OFC3_PNDDLVQ DEQ
OFC3_SRF KEY: 0500033570009331
OFC3_OUT SEQ #: 9331 5-OCT-2018 07:13:43.08 Info:
0500033570009331 F
OFC3_SND SEQ #: 9331 5-OCT-2018 07:13:43.08 Info:
0500033570009331 F
OFC3_RCV SEQ #: 399 5-OCT-2018 07:13:46.41
*SYS_MEMO GSMOS Ref Num: UMTA20181005MTS118801
*SYS_MEMO
*SYS_MEMO
*SYS_MEMO PASS-POFAC - Passed
PAYADVQ DEQ
PAYADV_LOG OPRID: $$$PAY TIME: 5-OCT-2018 07:13:46.50
*FED_GL SAM_DBT AMOUNT: 226991.45 USD
*DUE_FROM SAM_CDT AMOUNT: 226991.45 USD
*DUE_TO SAM_DBT AMOUNT: 226991.45 USD
*DUE_TO SAM_CDT AMOUNT: 226991.45 USD
*DUE_FROM SAM_DBT AMOUNT: 226991.45 USD
*NOF_BAL SAM_CDT AMOUNT: 226991.45 USD
SYSPRFBAL PRF_DDA_CDT AMOUNT: 226991.45 USD
DDA_BACKEND TEXT: 2018100500033570 AMOUNT: 226991.45 USD
GL_BACKEND TEXT: 2018100500033570 AMOUNT: 226991.45 USD
NOF_POSTQ DEQ
BEGIN DESTINATION *DST(2), DLV STATE: Q
ELLS FARGO BANK N.A. Page143869
ULL TRANSACTION REPORT FOR 05-OCT-2018
RTE: /
DST: ENQ///////
Queue: 121//BCP_OUTQ
BC2_ACKPNDQ DEQ
Memo: >>>ISIACKPND0176252018100500033570BC2_OUT|*CUS
BCP_OUTQ DEQ
BC2_OUT SEQ #: 17625 5-OCT-2018 07:13:45.99 Info: *CUS
END DESTINATION
BEGIN DESTINATION *DST(3), DLV STATE: Q
RTE: /
DST: ENQ///////
Queue: 121//RGW0_OUTQ
RGW0_OUTQ TEXT: 2018100500033570 AMOUNT: 226991.45 USD
END DESTINATION
DDA_PDM_26 SEQ #: 2220 5-OCT-2018 07:13:46.55 Info: PD
DDA_POST_26 SEQ #: 2220 5-OCT-2018 07:13:46.65 Info: PD
Memo: Dbt posted - tc: 114WNRPO|181005033570|||

DDA_PDM_26 SEQ #: 2221 5-OCT-2018 07:13:46.65 Info: PC
DDA_POST_26 SEQ #: 2221 5-OCT-2018 07:13:46.76 Info: PC
Memo: Cdt posted - tc: 347RBASI|181005033570|||
* BEGIN DESTINATION *DST(4), DLV STATE: D
RTE: /
DST: ENQ///////
Queue: 121//IXM0_OUTQ
IXM0_OUTQ DEQ
IXM0_SRF KEY: 0500033570005661
IXM0_OUT SEQ #: 5661 5-OCT-2018 07:13:47.03 Info:
0500033570005661 F
IXM0_SND SEQ #: 5661 5-OCT-2018 07:13:47.03 Info:
0500033570005661 F
IXM0_ACK SEQ #: 5661 5-OCT-2018 07:13:47.12 Info:
0500033570005661 +
* END DESTINATION

WELLS FARGO BANK N.A. Page143870
FULL TRANSACTION REPORT FOR 05-OCT-2018

# EXHIBIT 2

# Wells Fargo Everyday Checking



[redacted]

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/13 | $60.00 |
| Deposits/Additions | 262,891.45 |
| Withdrawals/Subtractions | - 201,826.98 |
| **Ending balance on 10/10** | **$61,124.47** |

Account number: [redacted]**3420**
[redacted]

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**GRAND BAYMAN - WF 0167**

WELLS FARGO

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|---|
| 9/20 | | [redacted] | | | |
| 9/20 | | [redacted] | | | |
| 9/21 | | [redacted] | | | |
| 9/24 | | [redacted] | | | |
| 9/27 | | [redacted] | | | |
| 10/5 | | WT Fed#03162 Caye International /Org=Grand Bayman Belize Ltd Srf# S06827813Ff601 Trn#181005033570 Rfb# | 226,991.45 | | |
| 10/5 | | [redacted] | | 16.00 | 226,985.47 |
| 10/9 | | [redacted] | | 1.00 | |
| 10/9 | | [redacted] | | 99,630.00 | 127,354.47 |
| 10/10 | | [redacted] | 35,400.00 | | |
| 10/10 | | [redacted] | | 101,330.00 | |
| 10/10 | | [redacted] | | 300.00 | 61,124.47 |
| **Ending balance on 10/10** | | | | | **61,124.47** |
| **Totals** | | | **$262,891.45** | **$201,826.98** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/13/2018 - 10/10/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $10.02 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 1 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

RC/RC

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ ______

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $ ______

**C** **Add A and B** to calculate the subtotal. = $ ______

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $ ______

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ ______

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. EQUAL HOUSING LENDER

GRAND BAYMAN - WF 0169

# EXHIBIT 3

# Wells Fargo Everyday Checking

Account number: [redacted]3420 ■ October 11, 2018 - November 9, 2018 ■ Page 1 of 3

WELLS FARGO

[redacted]

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/11 | $61,124.47 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 61,124.47 |
| **Closing balance on 10/17** | **$0.00** |

Account number: [redacted]3420
[redacted]

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**GRAND BAYMAN - WF 0170**

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/11 | | [redacted] | | 60,400.00 | 724.47 |
| 10/12 | | [redacted] | | 300.00 | 424.47 |
| 10/15 | | [redacted] | | 193.75 | |
| 10/15 | | [redacted] | | 32.37 | 198.35 |
| 10/16 | | [redacted] | | 191.27 | 7.08 |
| 10/17 | | [redacted] | | 5.07 | |
| 10/17 | | [redacted] | | 2.01 | 0.00 |
| **Ending balance on 11/9** | | | | | **0.00** |
| **Totals** | | | **$0.00** | **$61,124.47** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## IMPORTANT ACCOUNT INFORMATION

As a reminder, the total year-to-date number and amount of Overdraft and Return Item Fees waived due to our Overdraft Rewind (sm) feature located on your account statement is as of February 5, 2018.

WELLS FARGO

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ ______

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $ ______

**C** **Add** **A** **and** **B** to calculate the subtotal. = $ ______

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $ ______

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ ______

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801 Member FDIC. EQUAL HOUSING LENDER

# EXHIBIT 4

WELLS FARGO

October 18, 2018

[redacted]

Subject: Your Wells Fargo account ending in 3420 is closed

Retention Version Sent Online Only

View your closed account ending in 3420 online

Your deposit account ending in 3420 was closed on 10/17/2018.

You can continue to view Statements and Documents for this account online for approximately 90 days from the date your account was closed.

If you have any questions, please call us at 1-800-869-3557, 24 hours a day, 7 days a week, or visit a Wells Fargo banking location to speak with a banker. To find a location near you, visit us online at wellsfargo.com/locator.

Thank you. We appreciate your business.

Wells Fargo Bank, N.A.

# EXHIBIT 5

{1100}30P S
{1110}11010717FT03
{1120}20181101I1B7032R00371111010717FT03
{1510}1007
{1520}20181101B1Q8021C013649
{2000}000022699145
{3100}021000089
{3320}G01830514149 01*
{3400}121000248
{3500}WELLS FARGO
{3600}SVC
{4320}NO REF*
{9000}OUR REFERENCE CIT181023-004963IMAD1*
81005B1Q8021C013162PLEASE BE ADVISE*
D THAT WE HAVE BEEN CONTACTED BYOUR*
CLIENT WHO HAS REQUESTED A RECALL*
OF THISPAYMENT. PLEASE URGENTLY RET*
URN THESE FUNDS ANDINFORM US VIA RE*
TURN TESTED MESSAGE FULL STATUSOF T*
HIS REQUEST. PLEASE ALSO CONSIDER T*
HIS OURINITIAL REQUEST FOR UNJUST E*
NRICHMENT INRELATION TO THIS PAYMEN*
T*