LOREN W. COE (State Bar No. 273124)
lwc@severson.com
ELIZABETH C. FARRELL (State Bar No. 280056)
ecf@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A. (erroneously sued as
Wells Fargo & Company, a Delaware corporation)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

GRAND BAYMAN BELIZE, LTD., a Seychelles limited liability company,

Plaintiff,

vs.

WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 19-cv-07698 ODW (RAOx)
Hon. Otis D. Wright, II
Ctrm. 5D (1st St.)

**WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL; DECLARATION OF LOREN W. COE**

Action Filed: May 23, 2019
Removal Date: September 5, 2019
Trial Date: None Set

## I. INTRODUCTION

Plaintiff's motion to compel production of documents ("Motion to Compel") (Dkt. 24) seeks an order requiring Wells Fargo to produce account records and other non-privileged records relating to account x3420 that were previously withheld/redacted based on third-party privacy rights. Wells Fargo does not oppose the Motion to Compel and will produce responsive, unredacted documents to the extent ordered to do so, but without waiving any of the other objections asserted by Wells Fargo in response to the discovery, which are not currently at issue.

## II. PERTINENT BACKGROUND FACTS

On November 7, 2019, Plaintiff propounded discovery requesting the production of documents that include confidential information of the owner of Wells Fargo deposit account x3420, who is not a party to the lawsuit. Coe Decl., ¶2.

On November 15, 2019, Wells Fargo provided notice of the lawsuit and discovery requests to the account holder as required by *Valley Bank of Nev. v. Sup. Ct.* 15 Cal. 3d 652 (1975). Coe Decl., ¶3. The notice was mailed certified mail return receipt requested to the account holder's last known address. *Id*. On December 1, 2019, Wells Fargo's counsel received an e-mail from the account holder indicating that she objected to the disclosure of her confidential information. *Id*.

Plaintiff's counsel was informed that the account holder objected and that, pursuant to *Valley Bank*, Plaintiff would need to seek a court order compelling production of the confidential information. Wells Fargo agreed not to oppose such a request and volunteered to serve the motion on the account holder. Wells Fargo then produced responsive document with the account holder's confidential information redacted. Coe Decl., ¶4.

## III. WELLS FARGO SERVED COPIES OF THE MOTION TO COMPEL

On July 21, 2020 at 5:57 p.m., Wells Fargo's counsel e-mailed copies of the Court's July 21, 2020 Order (Dkt. 23) and Motion to Compel (Dkt. 24) to the

account holder at the same e-mail address used by the account holder to object to the discovery production. Coe Decl., ¶5.

On July 22, 2020, Wells Fargo's counsel caused copies of the Court's July 21, 2020 Order (Dkt. 23) and motion to compel (Dkt. 24) to be sent to the account holder's last known address via FedEx overnight delivery and certified mail return receipt requested. Coe Decl., ¶6.

To date, Wells Fargo has not received a response from the account holder. Coe Decl., ¶7.

## IV. CONCLUSION

Wells Fargo served copies of the Motion to Compel pursuant to the Court's July 21, 2020 Order. And, Wells Fargo does not oppose Plaintiff's request for the production of unredacted copies of documents that were previously redacted to protect the confidential information of the account holder.

DATED: July 27, 2020

SEVERSON & WERSON
A Professional Corporation

By: */s/ Loren W. Coe*
LOREN W. COE
Attorneys for Defendant
WELLS FARGO BANK, N.A.
(erroneously sued as Wells Fargo & Company, a Delaware corporation)

**DECLARATION OF LOREN W. COE**

I, Loren W. Coe, declare as follows:

1. I am an attorney at law duly licensed by the State of California to practice before all of the courts of the State and the United States District Courts for the Northern, Eastern, Central and Southern Districts of California. I am a member at Severson & Werson, attorneys of record for Wells Fargo Bank, N.A. ("Wells Fargo") in the above-entitled action. I have personal knowledge of the facts set forth herein and if called upon to testify thereto, I would and could do so truthfully and competently.

2. On November 7, 2019, Plaintiff propounded discovery requesting the production of documents that include confidential information of the owner of Wells Fargo deposit account x3420.

3. On November 15, 2019, I provided notice of the lawsuit and discovery requests to the account holder by mailing copies of the discovery and a cover letter to the account holder at his/her last known address. The discovery was mailed via certified mail return receipt requested. On December 1, 2019, I received an e-mail from the account holder indicating that she objected to the disclosure of her confidential information.

4. I then informed Plaintiff's counsel, Stephen Rothschild, that the account holder objected and that, pursuant to *Valley Bank*, Plaintiff would need to seek a court order compelling the production of confidential information. I informed Mr. Rothschild that Wells Fargo would not oppose such a motion and that I would cause the motion to be served on the account holder. Wells Fargo then produced responsive document with the account holder's confidential information redacted.

5. On July 21, 2020 at 5:57 p.m., I e-mailed copies of the Court's July 21, 2020 Order (Dkt. 23) and Motion to Compel (Dkt. 24) to the account holder at the same e-mail address used by the account holder to object to the discovery production.

6. On July 22, 2020, my office sent copies of the Court's July 21, 2020 Order (Dkt. 23) and motion to compel (Dkt. 24) to the account holder's last known address via FedEx overnight delivery and certified mail return receipt requested.

7. To date, I have not received a response from the account holder.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Corona, California, this 27th day of July, 2020.

*/s/ Loren W. Coe*
Loren W. Coe

# PROOF OF SERVICE

***Grand Bayman Belize, Ltd. v. Wells Fargo & Company***
**USDC Central District Case No. 19-cv-07698 ODW (RAOx)**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On July 27, 2020, I served true copies of the following document(s): **WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL; DECLARATION OF LOREN W. COE** on the interested parties in this action as follows:

| | |
|---|---|
| Howard E. King, Esq.<br>Stephen D. Rothschild, Esq.<br>KING, HOLMES, PATERNO & SORIANO, LLP<br>1900 Avenue of the Stars, 25th Fl.<br>Los Angeles, CA 90067-4506 | Attorneys for Plaintiff GRAND BAYMAN BELIZE, LTD.<br><br>Telephone: (310) 282-8989<br>Facsimile: (310) 282-8903<br>Email: srothschild@khpslaw.com |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 27, 2020, at Huntington Beach, California.

[signature]

RYAN J. BROOKS