1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| GRAND BAYMAN BELIZE, LTD., a Seychelles limited liability company,<br><br>           Plaintiff,<br><br>      vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case 19-cv-07698- ODW (RAOx)<br><br>**JUDGMENT**<br><br>Date:   August 17, 2020<br>Time:  1:30 p.m.<br>Crtrm.: 5D<br><br>Action Filed:   May 23, 2019<br>Removal Date: September 5, 2019<br>Trial Date:    None Set |

07685.2269/15642723.1

(PROPOSED) JUDGMENT

1    The motion of Defendant WELLS FARGO BANK, N.A. ("Wells Fargo") for

2 summary judgment as to the sole claim alleged against Wells Fargo in the Complaint

3 of Plaintiff GRAND BAYMAN BELIZE, LTD. ("Plaintiff") was originally

4 scheduled for hearing on August 17, 2020, at 1:30 p.m. in Courtroom 5D of the

5 above-entitled Court, before the Honorable Otis D. Wright, II.  The Court, having

6 carefully reviewed the papers filed in connection with the motion for summary

7 judgment, deemed the matter appropriate for decision without oral argument, vacated

8 the August 17, 2020 hearing, and took the matter under submission.  (ECF No. 33.)

9 On January 21, 2021, the Court entered an order granting Wells Fargo's motion for

10 summary judgment.  (ECF No. 38.)

11    Based on the foregoing,

12    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment

13 is entered in favor of Defendant WELLS FARGO BANK, N.A. and against Plaintiff

14 GRAND BAYMAN BELIZE, LTD.

15    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff

16 GRAND BAYMAN BELIZE, LTD. take nothing by way of its Complaint.

17

18

19 DATED: January 25, 2021 _____

    _____

20    HONORABLE OTIS D. WRIGHT, II
    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

***Grand Bayman Belize, Ltd. v. Wells Fargo & Company***
**USDC Central District Case No. 19-cv-07698 ODW (RAOx)**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On January 25, 2021, I served true copies of the following document(s): **(PROPOSED) JUDGMENT** on the interested parties in this action as follows:

| | |
|---|---|
| Howard E. King, Esq.<br>Stephen D. Rothschild, Esq.<br>KING, HOLMES, PATERNO &<br>SORIANO, LLP<br>1900 Avenue of the Stars, 25th Fl.<br>Los Angeles. CA  90067-4506 | Attorneys for Plaintiff GRAND<br>BAYMAN BELIZE, LTD.<br><br>Telephone:  (310) 282-8989<br>Facsimile:  (310) 282-8903<br>Email:      srothschild@khpslaw.com |

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2021, at Huntington Beach, California.

_____
RYAN J. BROOKS

07685.2269/15642723.1

PROOF OF SERVICE